UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION - BAY CITY

IN RE:

BRIAN A. BANKS
AND SHANNON M. BANKS,
    Debtors.

Case No. 25-20315-dob
Chapter 13 Proceeding
Hon. Daniel S. Opperman

_____/

## ORDER REGARDING DEBTORS' AMENDED OBJECTION TO
<u>PROOF OF CLAIM NUMBER 3 FILED BY PENNY DERENOBE</u>

For the reasons stated in the Opinion of even date, the Court partially sustains the objection of Mr.

and Ms. Banks to the extent that the claim of Ms. Derenobe is reduced by $5,000. The remaining objections

of the Debtors are overruled, but the Court reserves the right to adjust Ms. Derenobe's claim in the event

damages regarding an alleged identity theft is determined by a criminal or civil action. Accordingly, Ms.

Derenobe's claim is adjusted to $56,933.32.

**Signed on June 9, 2026**



/s/ Daniel S. Opperman
_____
**Daniel S. Opperman**
**United States Bankruptcy Judge**

1